# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,                  )
                                           )
     Plaintiff,                            )
                                           )
v.                                         )          Case No. CR-25-72-D
                                           )
JAMES ALVIN HUDSON,                        )
                                           )
     Defendant.                            )

## ORDER

This case is currently set for trial on June 9, 2026. On May 15, 2026, Defendant filed his motion to suppress [Doc. No. 110] and his motion for pretrial hearing pursuant to *United States v. James*, 590 F.2d 575 (5th Cir. 1979) [Doc. No. 111]. The government's deadline to respond to both motions is June 1, 2026. The Court will require a reasonable amount of time to resolve Defendant's motions. Therefore, the Court finds that this case should be continued to the next jury trial docket.

The Speedy Trial Act, 18 U.S.C. §§ 3161-74, is not implicated by a continuance of Defendant's trial under these circumstances. The pendency of the motions tolls the running of the speedy trial clock from the date of filing through the conclusion of the hearing and a reasonable period of additional time while the motions are under advisement. *See* 18 U.S.C. § 3161(h)(1)(D), (H). Thus, the Court finds a continuance of this case to the July 14, 2026, jury trial docket is necessary and appropriate.

**IT IS THEREFORE ORDERED** that this case is **STRICKEN** from the June 9, 2026, trial docket and **RESET** on the Court's July 14, 2026, jury trial docket. The current

deadlines for trial-related filings and submissions are stricken. All pretrial motions shall be filed by June 23, 2026, and all other pretrial filings shall be submitted in accordance with the Court's Local Criminal Rules.

    **IT IS SO ORDERED** this 1st day of June, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE